UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Priority ✗
Send ✗
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No. CV04-0889-NM(RCx)              Date: January 19, 2005

Title: HOUSING RIGHTS CENTER, et al. v. CORRINE DELA CRUZ
================================================================
**DOCKET ENTRY**

================================================================
HON. ROSALYN M. CHAPMAN, UNITED STATES MAGISTRATE JUDGE

| Linda Williams | None | 320 |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:
Liam Garland                            Mark H. Herskovitz
                                        Janette S. Bodenstein

**PROCEEDINGS: (1) ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO CERTAIN INTERROGATORIES IN PLAINTIFFS' FIRST SET OF INTERROGATORIES AND (2) GRANTING, IN PART, PLAINTIFFS' MOTION TO COMPEL RESPONSIVE DOCUMENTS TO CERTAIN REQUESTS IN PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

The Court, having read all documents and heard oral argument, **hereby rules** as follows regarding plaintiffs' motions. Regarding plaintiffs' motion to compel further responses to certain interrogatories in plaintiffs' First Set:

The motion **is granted** as to interrogatory nos. 2 and 3.

The motion **is granted** as to interrogatory no. 4; however, in providing such responses, defendant need not provide her employees' home addresses or telephone numbers, but merely the addresses and telephone numbers where they are employed. Moreover, information shall cover the period of 1998, to the present.

The motion **is granted** as to interrogatory nos. 5 and 6; however, the information shall cover the period of January 1, 2003, to the present.





Regarding plaintiffs' motion to compel further documents responsive to certain requests in plaintiffs' First Set:

    The motion **is denied** as to request nos. 5 and 10 on the ground the requests are overly broad.

    The motion **is granted** as to request nos. 9 and 21; however, the documents shall cover the period of January 1, 2003, to the present.

    The motion **is granted** as to request nos. 22 and 24.

Defendant's answers and responses to the foregoing interrogatories and requests for production of documents **shall** be provided to plaintiffs no later than February 7, 2005.

Service List:

| | |
|---|---|
| Liam J. Garland | Mark H. Herskovitz |
| 520 S Virgil Avenue | Janette S. Bodenstein |
| Suite 400 | Friedenthal, Cox & Herskovitz LLP |
| Los Angeles CA 90020 | 55 South Lake Avenue |
| | Suite 220 |
| | Pasadena, CA 91101 |

Honorable Nora M. Manella

Case040\04-0889.1
1/19/05

Initials of Deputy Clerk